# Court of Appeals
# of the State of Georgia

ATLANTA,  December 31, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0745. MOGUL MANAGEMENT GROUP, LLC et al. v. GW ENTERTAINMENT, LLC.**

The Appellants in the above-styled case have filed a motion entitled Appellants' Unopposed Motion For Permission To Withdraw Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/31/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.